UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDEL SMICKLE,

                Plaintiff,

        -against-

THE STATE OF NEW YORK
DEPARTMENT OF CORRECTION AND
COMMUNITY SERVICES,

              Defendant.

25-CV-10128 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently incarcerated in the Shawungunk Correctional Facility, brings this action *pro se* under 42 U.S.C. § 1983, alleging that Defendant failed to provide him with adequate medical care. For the following reasons, the Court dismisses this action.

Plaintiff has previously submitted to this court a virtually identical complaint commencing another action against the same defendant. That action is pending before the Court under docket number 25-CV-9877 (LTS). Because the complaint commencing this action raises the same claims as in the complaint in the earlier filed action, no useful purpose would be served by the litigation of this duplicative action. The Court therefore dismisses this action without prejudice as duplicative of Plaintiff's pending action under docket number 25-CV-9877 (LTS)

In light of the Court's belief that Plaintiff may have submitted this duplicative complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust fund account for this action.

## CONCLUSOIN

The Court dismisses this action without prejudice as duplicative of the action pending under case number 25-CV-9877 (LTS).

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:    February 18, 2026
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge