UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDEL SMICKLE,<br><br>               Plaintiff,<br><br>       -against-<br><br>THE STATE OF NEW YORK<br>DEPARTMENT OF CORRECTION AND<br>COMMUNITY SERVICES,<br><br>              Defendant. | 25-cv-10128 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 18, 2026, order, this action is dismissed without prejudice as duplicative of the action pending under case number 25-CV-9877 (LTS).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 24, 2026
           New York, New York

                              /s/ Laura Taylor Swain

                                 LAURA TAYLOR SWAIN
                         Chief United States District Judge